LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

　　　333 Market Street, Suite 1500
　　　San Francisco, California 94105
　　　Telephone: (415) 977-8936
　　　Facsimile: (415) 744-0134
　　　E-Mail: odell.grooms@ssa.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DESHONE LEE SMITH,          )<br>　　　　　　　　　　　　　　)<br>　　　　Appellant,　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>MICHAEL J. ASTRUE,　　　　　)<br>Commissioner of　　　　　　　)<br>Social Security,　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　Respondent.　　　　　　)<br>_____) | CASE NO. 1:09cv0466 DLB<br><br>STIPULATION AND ORDER |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that, due to Respondent's delay, as discussed in the accompanying Declaration of Odell Grooms, in responding to Appellant's Letter Brief as directed by the Court in its Case Management Order, Appellant shall have an extension of time in which to file an Opening Brief . The parties respectfully request that the Court set the new due date for Appellant's Opening Brief as December 5, 2009.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 5, 2009 　　　　　　　　 */s/ Steven G. Rosales*
(via telephonic authorization)
STEVEN G. ROSALES
Attorney for Appellant

Respectfully submitted,

Dated: November 5, 2009 　　　　　　　　 LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

　　　　　　　　 */s/ Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Respondent

IT IS SO ORDERED.

**Dated:　November 5, 2009**　　　　　　　　　 **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE