1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ODELL GROOMS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8936
       Facsimile:  (415) 744-0134
7      E-Mail: odell.grooms@ssa.gov

8  Attorneys for Respondent

9                 UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                **FRESNO DIVISION**

12

13 DESHONE LEE SMITH,            )
                                 )  CASE NO. 1:09-cv-00466-DLB
14     Appellant,               )
                                 )
15        v.                    )  STIPULATION AND ORDER
                                 )
16 MICHAEL J. ASTRUE,            )
   Commissioner of               )
17 Social Security,              )
                                 )
18     Respondent.              )
                                 )

19

20     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
21 attached Order, that Respondent shall have a first extension of time of 30 days from the date of filing in
22 which to respond to Appellant's Opening Brief due to a continuing heavy workload, to include several
23 briefs with concurrent due dates.  The new due date will be February 25, 2010.

24 ///
25 ///
26 ///
27 ///
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 26, 2010                    */s/ Steven G. Rosales*
                                               (via telephone authorization)
                                               STEVEN G. ROSALES
                                               Attorney for Appellant

Respectfully submitted,

Dated: January 26, 2010                    BENJAMIN B. WAGNER
                                               United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

                                               */s/ Odell Grooms*
                                               ODELL GROOMS
                                               Special Assistant U.S. Attorney

                                               Attorneys for Respondent

IT IS SO ORDERED.

   **Dated:   January 26, 2010**             **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE